# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00143-MR

| | |
|---|---|
| **COREY STEWART**, as Administrator of the Estate of Charles Stewart, Jr., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>**AKRON GASKET & PACKING ENTERPRISES, INC.**, et al.,<br><br>　　　　　　Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on Defendant Daniel International Corporation's motion for the admission of attorney Scott E. Frick as counsel *pro hac vice*. [Doc. 14]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 14] is **ALLOWED**, and Scott E. Frick is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**   Signed: February 24, 2014

Martin Reidinger
United States District Judge