THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00143-MR

| | |
|---|---|
| COREY STEWART, as Administrator of the Estate of Charles Stewart, Jr., et al., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>)<br>)<br>AKRON GASKET & PACKING ENTERPRISES, INC., et al., )<br>)<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Defendant Daniel International Corporation's motion for the admission of attorney Moffatt G. McDonald as counsel *pro hac vice*. [Doc. 13]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 13] is **ALLOWED**, and Moffatt G. McDonald is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**   Signed: February 24, 2014

Martin Reidinger
United States District Judge