THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00143-MR

| | |
|---|---|
| COREY STEWART, as Administrator )<br>of the Estate of CHARLES STEWART, )<br>JR., Deceased, )<br> )<br>       Plaintiff, )<br> )<br>vs. )<br> )<br> )<br>AKRON GASKET & PACKING )<br>ENTERPRISES, INC., et al., )<br> )<br>       Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant John Crane, Inc. [Doc. 43].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 43] is **GRANTED**, and all of the Plaintiff's claims against the Defendant John Crane, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**  Signed: October 15, 2014

Martin Reidinger
United States District Judge