# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:12-cv-00143-MR

| | |
|---|---|
| COREY STEWART, as Administrator )<br>of the Estate of CHARLES STEWART, )<br>JR., Deceased, et al., )<br>)<br>              Plaintiffs, )<br>)<br>   vs. )<br>)<br>)<br>AKRON GASKET & PACKING )<br>ENTERPRISES, INC., et al., )<br>)<br>           Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the report of the parties that this matter has been completely settled.

In light of the parties' settlement, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that within seven (7) days of the entry of this Order, the Plaintiffs and Defendant Daniel International Corporation shall file a memorandum of settlement with the Court setting out the basic terms of the parties' settlement agreement. Such memoranda may be filed under seal.

**IT IS FURTHER ORDERED** that the Defendant shall pay all sums required, if any, by the parties' settlement agreement and the parties shall file all such documents with the Court so as to effectuate the closing of the court file within sixty (60) days of the entry of this Order, unless additional time is sought and granted by the Court.

**IT IS FURTHER ORDERED** that the pretrial conference scheduled in this matter for October 28, 2014 is hereby **CANCELLED**. The Clerk of Court is further respectfully directed to remove this case from the November 10, 2014 trial calendar.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge