THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00143-MR

| | |
|---|---|
| COREY STEWART, as Administrator of the Estate of CHARLES STEWART, JR., Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>AKRON GASKET & PACKING ENTERPRISES, INC., et al.,<br><br>    Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal with Prejudice [Doc. 54].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 54] is **GRANTED**, and all of the Plaintiff's claims against the Defendants Fluor Enterprises, Inc., Fluor Daniel Services Corporation, and Daniel International Corporation are hereby **DISMISSED WITH PREJUDICE**.

The Clerk of Court is respectfully directed to close this case.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge